UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES POSTAL SERVICE<br>    475 L'Enfant Plaza, SW<br>    Washington, DC  20260<br><br>    Plaintiff,<br><br>            v.<br><br>AMERICAN POSTAL WORKERS,<br>UNION, AFL-CIO<br>    1300 L Street, NW<br>    Washington, DC  20005,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 1:06-CV-00793-RJL |

**MOTION TO DISMISS OF DEFENDANT**
**AMERICAN POSTAL WORKERS UNION, AFL-CIO**

Defendant, American Postal Workers Union, AFL-CIO, ("the APWU") respectfully asks

the Court to dismiss the plaintiff's complaint under Rule 12 (b)(5) of the Federal Rules of Civil

Procedure for insufficiency of service of process in violation of the requirements of Rules 4

(e)(1), (h) and (m) of the Federal Rules of Civil Procedure.  This motion is supported by the

Memorandum in Support of Motion to Dismiss and the Declarations of Andrew Ross and Andrea

Chapman.

Dated: September 18, 2006            Respectfully submitted,

                                    O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                    By:    */s/ Anton Hajjar*
                                    Anton Hajjar (DC Bar No. 359267)
                                    1300 L Street, NW, Suite 1200
                                    Washington, DC 20005
                                    (202) 898-1707/Fax (202) 682-9276
                                    ahajjar@odsalaw.com