**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES POSTAL SERVICE<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POSTAL WORKERS,<br>UNION, AFL-CIO<br>1300 L Street, NW<br>Washington, DC 20005,<br><br>Defendant | Civil Case No. 06cv793 (RJL) |

**DECLARATION OF ANDREA CHAPMAN**

I, Andrea Chapman, in lieu of an affidavit in accordance with 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

1. I am Executive Assistant to William Burrus, President of the American Postal Workers Union, AFL-CIO. I have held this position for about two years. My office is in the executive office suite on the 7th Floor, as is that of President Burrus.

2. Regular office hours are from 9 a.m. to 5 p.m.

3. On August 28, 2006, at about 4:45 p.m., I received a call from Robin Bailey, who is President Burrus' Confidential Assistant. She told me that a person from the United States Attorney's office called her around 4:30 p.m. stating that somebody would be serving President Burrus with papers. She asked whether I would sit out at the reception desk of the executive office suite and accept the papers when they arrive. I did so until 5:05 p.m., but nobody arrived.

I asked a secretary, Hana Atuatasi, to wait at the reception desk until 5:15 p.m. She told me she would do so.

4. The following day, I asked Ms. Atuatasi whether she waited until 5:15 p.m. the following day and whether anybody arrived with papers for President Burrus. She told me that she did wait until 5:15 p.m. but nobody came with papers for President Burrus. Lisa Brunson, a secretary in the executive office suite, brought me an envelope addressed to President Burrus and told me that Susan Campbell, a secretary who works on the 4th Floor, had picked it up that morning at the guard desk with the newspapers that morning. The envelope contained papers appearing to be a lawsuit. I sent the papers to the APWU's lawyers.

Dated: 9-14-06

_Andrea Chapman_
Andrea Chapman