# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES POSTAL SERVICE )<br>475 L'Enfant Plaza, SW )<br>Washington, DC 20260 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS, )<br>UNION, AFL-CIO )<br>1300 L Street, NW )<br>Washington, DC 20005, )<br>)<br>Defendant ) | Civil Case No. 06cv793 (RJL) |

## DECLARATION OF ANDREW ROSS

I, Andrew Ross, in lieu of an affidavit in accordance with 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

1. I work for Watkins Security as a security guard stationed at the front desk at 1300 L Street, N.W., Washington, D.C. 20005. I have worked here for about five years. I have worked for Watkins Security for about eight years. Although the American Postal Workers Union ("APWU") occupies much of the building, there are a number of other tenants in the building.

2. On August 28, 2006, some time between 5:20 and 5:30 p.m., a courier arrived with an envelope addressed to APWU President Burrus. He looked like any other courier you see around Washington, D.C. The courier said he had an envelope for Mr. Burrus. He did not tell me what was in the envelope and I did not and still do not know what was in the envelope.

3. Mr. Burrus had already left for the day. I personally saw him leave the building earlier

that day. I called his office to see whether anybody else was in the APWU executive suite (which is on the 7th Floor). Robin Bailey, who is Mr. Burrus' secretary, answered the telephone. I told her a courier was here with an envelope for Mr. Burrus. I remember that she was busy on another line and did not say much. As best as I can recall, she told me to take it and leave it at my station. I signed a receipt for the courier and held the envelope in my drawer.

    4. The following morning, August 29, 2006. the first APWU employee who arrived was Susan, a secretary who works for the APWU on the 4th Floor. She picked up the newspapers waiting at my desk and the envelope.

Dated: 9-14-06

                                              Andrew Ross