TYPE-K

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00793-RJL

| | |
|---|---|
| UNITED STATES POSTAL SERVICE v. AMERICAN POSTAL WORKERS UNION, AFL-CIO | Date Filed: 04/28/2006 |
| Assigned to: Judge Richard J. Leon | Jury Demand: None |
| Cause: 39:1208 1970 Postal Act-enforced supervision by parent union | Nature of Suit: 720 Labor: Labor/Mgt. Relations |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

UNITED STATES POSTAL SERVICE          represented by   **Keith V. Morgan**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7228
Fax: (202) 514-8780
Email: keith.morgan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

AMERICAN POSTAL WORKERS UNION, AFL-CIO

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2006 | 1 | COMPLAINT against AMERICAN POSTAL WORKERS UNION, AFL-CIO (Filing fee $ 0.00) filed by UNITED STATES POSTAL SERVICE.(jf, ) (Entered: 05/01/2006) |
| 04/28/2006 | | Summons (1) Issued as to AMERICAN POSTAL WORKERS UNION, AFL-CIO. (jf, ) (Entered: 05/01/2006) |
| 05/01/2006 | 2 | STANDING ORDER. Signed by Judge Richard J. Leon on 05/01/2006. (CMcP, ) (Entered: 05/01/2006) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 09/18/2006 13:12:22 | | | |
|---|---|---|---|
| PACER Login: | os0003 | Client Code: | 011 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00793-RJL |
| Billable Pages: | 1 | Cost: | 0.08 |