UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES POSTAL SERVICE | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 1:06-CV-00793-RJL |
| AMERICAN POSTAL WORKERS, UNION, AFL-CIO , | ) ) ) ) | |
| Defendant | ) ) | |

**ORDER**

Upon consideration of the motion of the defendant, the American Postal Workers Union, AFL-CIO, to dismiss this action, and the record as a whole, it is this _____ day of

_____, 2006, hereby

**ORDERED** that the defendant's Motion to Dismiss is **GRANTED**.  It is further,

**ORDERED** that the complaint is dismissed without prejudice.

_____

United States District Court Judge

Copies to:

Anton Hajjar
O'Donnell, Schwartz & Anderson, P.C.
ahajjar@odsalaw.com

Keith V. Morgan
United States Attorney's Office
keith.morgan@usdoj.gov