```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
 UNION, AFL-CIO,              )
                              )
          Defendant.          )
                              )
```

PROOF OF SERVICE

I declare under the penalty of perjury that the following is true and correct. On September 25, 2006, I personally served defendant by serving Andrea Chapman at defendant's headquarters. I had been advised by defendant's counsel that Ms. Chapman was authorized to accept service of process for defendant. I am over the age of 18, and I am not a party to this action.

    Respectfully submitted,

      /s/
    FRED E. HAYNES, D.C. BAR #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201