UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
           Plaintiff,         )
                              )
      v.                      ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
           Defendant.         )
_____)

MOTION FOR EXTENSION OF TIME TO SERVE
THE SUMMONS AND COMPLAINT AND SUPPORTING
MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 6(b)(2),

defendant moves, nunc pro tunc, for an extension of time to

September 25, 2006, to make service of the summons and complaint

upon the defendant.  Undersigned counsel (Fred E. Haynes), who is

one of the attorneys for plaintiff, contacted defendant's counsel

to determine his position on this motion; defendant's counsel

advised that defendant opposes this motion.

Defendant has filed a motion to dismiss the complaint on the

ground that it was not served on defendant within 120 days of its

filing in the District Court.  Plaintiff has filed an opposition

to that motion, an opposition that explains the reason for the

delay in service and the efforts by plaintiff's counsel to serve

defendant within the 120-day time period.  Service would have

been properly effected on defendant except for the fact that

plaintiff's private process server was a quarter-hour to a half-

hour late in arriving at defendant's office.  It is uncontested

that plaintiff received notice of the filing of the case within

the 120-day period.  Defendant was in no way prejudiced by the

delay in effecting service.  When plaintiff learned of defen-

dant's contention that the service had not been properly made,

steps were taken, as explained in the opposition to the motion to

dismiss, to correct this error.  Proper service was effected on

September 25, 2006.

As also explained in plaintiff's opposition to the motion to

dismiss, the Court has the authority to extend the time for the

serving of the summons and complaint, even absent a showing of

"good cause" for the delay.  Where the defendant has not been

prejudiced by the delay and where the case would be time-barred

if the additional time were not granted, an extension of time is

appropriate, as explained in plaintiff's opposition to the motion

to dismiss.

Attached is a draft order reflecting the requested extension

of time.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR, DC Bar #498610
> United States Attorney
>
> RUDOLPH CONTRERAS, DC Bar #434122
> Assistant United States Attorney
>
> KEITH V. MORGAN, DC Bar #422665
> Assistant United States Attorney

```
                    /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES POSTAL SERVICE, )
                              )
            Plaintiff,        )
                              )
         v.                   ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
            Defendant.        )
_____)
```

ORDER

UPON CONSIDERATION of the motion by plaintiff for an extension of time, nunc pro tunc, to serve the summons and complaint on the defendant, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendant shall have to, and including, September 25, 2006, to serve the summons and complaint on the defendant.

                          UNITED STATES DISTRICT JUDGE

Copies to counsel of record