```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
 UNION, AFL-CIO,              )
                              )
          Defendant.          )
                              )
```

## DECLARATION OF KEITH V. MORGAN

I, Keith V. Morgan, make the following declaration:

1. I am an Assistant United States Attorney for the District of Columbia, and I serve as a Deputy Chief of the Civil Division of that office.

2. This office was authorized by the Civil Division of the Department of Justice to file the complaint in the above-captioned matter and did so on April 28, 2006. We were, however, directed at that time not to serve it.

3. It is my recollection that on or about August 18 we were advised by the Civil Division of the Department of Justice that the complaint should be served. We undertook to effect that service, but it is my recollection that we were not able to do so on August 24th and 25th because the Union's officials were at a conference in Philadelphia, Pennsylvania.

4. On Friday, August 25, 2006, a legal assistant in our office sent a copy of the summons and complaint to defendant by an express mail service. On Monday, August 28, 2006, I spoke to

the Union's president, and he agreed to accept service of process on behalf of defendant.

    5.  A private process server was dispatched to defendant's office on the afternoon of August 28, 2006, to make service of the summons and complaint on defendant.  I have subsequently been advised that the process server was late in arriving at defendant's office and that the summons and complaint were left with a security guard.

    I declare under the penalty of perjury that the foregoing is true and correct.  Executed on September 29, 2006, in Washington, D.C.

                                            _____
                                            KEITH V. MORGAN, D.C. Bar #422665
                                            Assistant United States Attorney
                                            555 4th Street, N.W., Room E-4814
                                            Washington, D.C. 20530