U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States Postal Service

vs.

American Postal Workers Union, AFL-CIO

No. 1:06CV00793 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, JASON HARPER, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Declaratory and Injunctive Relief, Initial Electronic Case Filing Order and Consent to Proceed Before a United States Magistrate Judge for All Purposes in the above entitled case, hereby depose and say:

That my date of birth / age is 12-25-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 5:30 pm on August 28, 2006, I served American Postal Workers Union, AFL-CIO at 1300 L Street, NW, Washington, DC 20005 by serving Andrew Ross, Security Guard. Described herein:

```
SEX-     MALE
AGE-     35
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  160
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___8/29/06___
                 Date

JASON HARPER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175793