UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>          Plaintiff,<br><br>          v.<br><br>AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>          Defendant. | Civil Case No. 06cv793 (RJL) |

**PRAECIPE**

Brenda C. Zwack of O'Donnell, Schwartz & Anderson, P.C. hereby enters her appearance as counsel for the defendant American Postal Workers Union, AFL-CIO in the above captioned cause of action. Undersigned counsel respectfully requests that she be served with all future pleadings through the Court's electronic case filing system.

          Respectfully submitted,

          O'DONNELL, SCHWARTZ & ANDERSON, P.C.

Date:  November 17, 2006

By:  /s/: Brenda C. Zwack
Brenda C. Zwack (DC Bar No. 482673)
bzwack@odsalaw.com
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 898-1707/ fax: (202) 682-9276

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe was sent by the Court's Electronic Case Filing System, this 17th day of November, 2006, to:

>Fred Elmore Haynes
>Assistant U.S. Attorney
>Office of the United States Attorney for the
>District of Columbia
>555 Fourth St., N.W., Rm. E-4110
>Washington, D.C. 20530
>fred.haynes@usdoj.gov
>
>Keith V. Morgan
>Assistant U.S. Attorney
>Office of the United States Attorney for the
>District of Columbia
>555 Fourth St., N.W.
>Washington, D.C. 20530
>keith.morgan@usdoj.gov

/s/:  Brenda C. Zwack
Brenda C. Zwack