UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| UNITED STATES POSTAL SERVICE ) | |
|    475 L'Enfant Plaza, SW ) | |
|    Washington, DC 20260 ) | |
|                    ) | |
|    Plaintiff, ) | |
|                    ) | |
|      v. ) | Civil Case No. 1:06-CV-00793-RJL |
|                    ) | |
| AMERICAN POSTAL WORKERS, ) | |
| UNION, AFL-CIO ) | |
|    1300 L Street, NW ) | |
|    Washington, DC 20005, ) | |
|                    ) | |
|    Defendant ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of the parties' Joint Local Civil Rule 16.3(d) Report and the merits thereof, IT IS HEREBY ORDERED as follows:

Discovery shall commence as of the date of filing of this Order and shall proceed for a two-month period;

Summary judgment motions shall be filed by February 28, 2007; opposition briefs shall be filed by March 30, 2007; and reply briefs, if any, shall be filed by April 30, 2007;

Initial disclosures are dispensed with.

Date: _____

                                        _____
                                        UNITED STATES DISTRICT JUDGE