UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE<br>475 L'Enfant Plaza, SW<br>Washington, DC  20260<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN POSTAL WORKERS,<br>UNION, AFL-CIO<br>1300 L Street, NW<br>Washington, DC  20005,<br><br>Defendant | Civil Case No. 1:06-CV-00793-RJL |

**CORRECTED JOINT LOCAL CIVIL RULE 16.3(d) REPORT**

In accordance with the Court's Case Management Order, the parties offer the following statement of facts and statutory basis for the causes of actions and defenses:

This is an action under the Postal Reorganization Act, 39 U.S.C. § 1208, by the United States Postal Service (Postal Service) to vacate the award of Arbitrator Lawrence R. Loeb (Award).  The American Postal Workers Union, AFL-CIO (APWU) has filed a counter-claim against the Postal Service to enforce the Award.

The present case involves an arbitration award sustaining a grievance, involving the termination of an employee.  The Award sustained the grievance, and directed the Postal Service to reinstate the Grievant.  The Postal Service filed the instant litigation to vacate the Award.  The APWU has counterclaimed for enforcement of the Award.

The Postal Service argues that the Award exceeded the scope of the arbitrator's powers by finding that a probationary employee could utilize the grievance-arbitration procedure to change her termination. The APWU argues that the arbitrator did not exceed his authority because the arbitrator based his award on the fact that the Postal Service failed to terminate the employee until after the probationary period had expired.

The parties have met and conferred regarding the matters included in Local Civil Rule 16.3(c) and respectfully submit this joint report, presented in accordance with the corresponding paragraph numbers set forth in Local Rule 16.3(c).

1. This case will likely be disposed of by dispositive motions. No dispositive motion is pending.

2. No other parties will be joined. It is believed that all factual issues can be agreed upon or narrowed.

3. The parties do not consent to having the case assigned to a magistrate judge for all purposes, including trial.

4. It is unclear at this time whether there is a possibility of settlement.

5. The parties have discussed the possible use of mediation, but are unsure of its benefit in this case because the parties have a longstanding relationship and communicate regularly about the issues in this case.

6. The case is expected to be resolved by cross-motions for summary judgment. The parties propose that motions be filed by February 28, 2007; opposition briefs be filed by March 30, 2007; and reply briefs, if any, be filed by April 30, 2007.

7. The parties stipulate to dispense with the initial disclosures required by Rule 26(a)(1). The parties agree to exchange all non-privileged documents and material associated with their respective files of the underlying grievance and arbitration.

8. Limited discovery, if any, is anticipated. The parties propose a two-month discovery period commencing with the filing of the initial scheduling order. The parties do not anticipate the need for protective orders, but will attempt to file a proposed stipulated protective order if necessary.

9. The parties do not intend to present expert witness testimony.

10. This is not a class action.

11. There is no need to bifurcate discovery.

12. The parties recommend that the Court schedule a pretrial conference, if one is necessary, within 60 days of the final disposition of the parties' motions for summary judgment.

13. The parties respectfully request that the trial date, if any, be set at the pretrial conference.

A proposed scheduling order is annexed.

November 30, 2006                Respectfully submitted:

By:          /s/
Fred Haynes (D.C. Bar No. 165654)
Assistant United States Attorney
555 4th Street, NW, Room E-4110
Washington, DC 20530
(202) 514-7201

For the Plaintiff United States Postal Service

O'DONNELL, SCHWARTZ & ANDERSON, P.C.
By: Brenda C. Zwack (by authorization
Brenda C. Zwack (D.C. Bar No. 482673)
1300 L Street, NW, Suite 1200
Washington, DC 20005
(202) 898-1707/Fax (202) 682-9276
bzwack@odsalaw.com

For the Defendant American Postal Workers Union, AFL-CIO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES POSTAL SERVICE<br>    475 L'Enfant Plaza, SW<br>    Washington, DC  20260<br><br>    Plaintiff,<br><br>        v.<br><br>AMERICAN POSTAL WORKERS,<br>UNION, AFL-CIO<br>    1300 L Street, NW<br>    Washington, DC  20005,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. 1:06-CV-00793-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the parties' Joint Local Civil Rule 16.3(d) Report and the merits thereof, IT IS HEREBY ORDERED as follows:

Discovery shall commence as of the date of filing of this Order and shall proceed for a two-month period;

Summary judgment motions shall be filed by February 28, 2007; opposition briefs shall be filed by March 30, 2007; and reply briefs, if any, shall be filed by April 30, 2007;

Initial disclosures are dispensed with.


Date: _____          _____
                                       UNITED STATES DISTRICT JUDGE