```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
        Plaintiff and         )
        Counterclaim          )
        Defendant,            )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
        Defendant and         )
        Counterclaim          )
        Plaintiff.            )
_____)
```

ANSWER OF THE UNITED STATES POSTAL SERVICE
TO THE COUNTERCLAIM FILED BY THE DEFENDANT

Plaintiff and counterclaim defendant, the United States Postal Service (hereinafter referred to as the Postal Service), by its undersigned counsel, answers the counterclaim filed by defendant, the American Postal Workers Union, AFL-CIO (hereinafter referred to as the APWU), as follows:

FIRST DEFENSE

The counterclaim fails to state a claim upon which relief can be granted.

SECOND DEFENSE

The APWU is collaterally estopped from arguing that the Postal Service is not entitled to have the Loeb Award set aside.

THIRD DEFENSE

The Postal Service answers the allegations contained in the APWU's counterclaim as follows:

Paragraph (¶) 1.  Admitted.

¶ 2.  Admitted.

¶ 3.  Admitted.

¶ 4.  The Postal Service admits that Article 15, Section 5, of the parties' collective bargaining agreement ("National Agreement") provides for a grievance procedure that culminates in arbitration before a neutral arbitrator.  The Postal Service denies that the APWU's description of the National Agreement is a complete or accurate recitation of the contents of Article 15, Section 5, of the National Agreement.  The Court is respectfully referred to the full text of the National Agreement for a complete and accurate statement of its contents.

¶ 5.  The Postal Service admits that Arbitrator Loeb issued an arbitration award dated January 28, 2006.  The Postal Service denies that the APWU's description of the Loeb Award is a complete or accurate recitation of its contents, and the Court is respectfully referred to the full text of the Loeb Award for a complete and accurate statement of its contents.

¶ 6.  Denied.

¶ 7.  Denied.

¶ 8.  Denied.

The remaining portion of the complaint is the APWU's prayer for relief, not allegations of fact, to which no answer is required; but insofar as an answer may be deemed required, the

Postal Service denies that the APWU is entitled to any relief.

Any averment in the complaint not specifically admitted or denied herein is hereby denied.

WHEREFORE, having fully answered the counterclaim, the Postal Service requests that the Court enter judgment affirming the decision of which the APWU complains and dismiss the counterclaim with prejudice

    Respectfully submitted,

    JEFFREY A. TAYLOR, D.C. Bar #498610
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney

    KEITH V. MORGAN, DC Bar #422665
    Assistant United States Attorney
        /s/
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., E-4110
    Washington, D.C.  20530
    202. 514.7201