```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE,  )
                               )
            Plaintiff and      )
            Counterclaim       )
            Defendant,         )
                               )
        v.                     )  Civil Action No. 06-793 RJL
                               )
AMERICAN POSTAL WORKERS        )
UNION, AFL-CIO,                )
                               )
            Defendant and      )
            Counterclaim       )
            Plaintiff.         )
                               )
```

CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER DEFENDANT'S COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 6(b)(2), plaintiff/counterclaim defendant, the United States Postal Service ("Postal Service"), moves, nunc pro tunc, for an extension of time to January 8, 2007, to answer the counterclaim made by defendant/counterclaim plaintiff, the American Postal Workers Union, AFL-CIO ("APWU"). Counsel for APWU has consented to this motion.

While reviewing his case docket recently, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant noted the Postal Service had not answered the counterclaim filed by the APWU. Starting December 6, 2006, undersigned counsel has been undergoing radiation therapy for cancer that has taken considerable time from his regular work day and that is probably the explanation for the error made in not

answering the counterclaim within the time allotted for doing so. The additional time is, therefore, needed.

Attached is a draft order reflecting the requested extension of time.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney

                              KEITH V. MORGAN, DC Bar #422665
                              Assistant United States Attorney
                                      /s/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., E-4110
                              Washington, D.C. 20530

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
          Defendant.          )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion by plaintiff/counterclaim defendant, the United States Postal Service, for an extension of time, nunc pro tunc, to file the answer to the counterclaim made by the American Postal Workers Union in this case, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the Clerk is directed to file the lodged answer to the counterclaim that has been filed by the United States Postal Service.

                                   UNITED STATES DISTRICT JUDGE
Copies to counsel of record