## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06cv00793 (RJL) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| AFL-CIO ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ITS DISPOSITIVE MOTION**

Defendant and counterclaim plaintiff American Postal Workers Union, AFL-CIO, respectfully asks the Court for an extension of time to and including March 21, 2007, within which to file its dispositive motion in the above referenced case. The current filing date for the parties dispositive motions is February 28, 2007. Undersigned counsel for the defendant has experienced an unusual upsurge in the required activity of her case load, including several hearings and court submissions in other cases–all due within a short period of time. For this reason, the defendant/counterclaim plaintiff respectfully requests three weeks extension of time to file its dispositive motion. The defendant further requests that all relevant dates in the scheduling order be similarly extended.

Counsel for the plaintiff/counterclaim defendant does not object to this extension.

For these reasons, the defendant requests that the Court permit this extension of time. A proposed order is attached.

Dated: February 26, 2006	Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:   /s/ Brenda C. Zwack
    Brenda C. Zwack (DC Bar # 482673)
    1300 L Street N.W., Suite 1200
    Washington, DC 20005-4178
    (202) 898-1707/ FAX (202) 682-9276

*Attorneys for the American Postal Workers Union, AFL-CIO*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendant and Counterclaim Plaintiff's Motion for Extension of Time to File Its Dispositive Motion was sent by First Class Mail, postage prepaid, and through the Court's electronic case filing system to:

>Fred E. Haynes
>U.S. Attorney's Office
>Judiciary Center Building — Room E 4110
>555 - 4th Street, N.W.
>Washington, DC 20530
>fred.haynes@usdoj.gov

| | |
|---|---|
| February 26, 2006 |    /s/ Brenda C. Zwack |
| Date | Brenda C. Zwack |