UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06cv00793 (RJL) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| AFL-CIO ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant and Counterclaim Plaintiff's Motion for Extension of Time to File Its Dispositive Motion and of the record as a whole, it is this _____ day of _____, 2007, hereby

ORDERED that defendant/counterclaim plaintiff's motion is GRANTED and that the defendant/counterclaim plaintiff may have until March 21, 2007, to file its dispositive motion. Plaintiff/counterclaim defendant will be granted a corresponding extension of time within which to file its dispositive motion.

_____
United States District Court Judge

Copies to counsel of record.