```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
          Plaintiff and       )
          Counterclaim        )
          Defendant,          )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
          Defendant and       )
          Counterclaim        )
          Plaintiff.          )
_____)
```

CONSENT MOTION FOR FURTHER EXTENSION OF TIME FOR
THE PARTIES' TO FILE SUMMARY JUDGMENT MOTIONS

Pursuant to Federal Rule of Civil Procedure 6(b)(1), plaintiff/counterclaim defendant, the United States Postal Service ("Postal Service"), moves for a further three-week extension of time, to April 23, 2007, for the parties to file their summary judgment motions. Defendant/counterclaim plaintiff has consented to this motion.

Neither the agency attorney assigned to this case nor undersigned counsel (Fred E. Haynes) primarily responsible for this case have been able to work, to any significant degree, on the Postal Service's summary judgment motion. The agency attorney's attention has had to be diverted to other matters, and undersigned counsel has not been able to work on the motion due to his heavy case load and to several matters that had accumulated during his radiation treatments for cancer (from

December 8, 2006, to January 31, 2007) and that had to be addressed. The additional time is, therefore, needed.

Attached is a draft order reflecting the requested extension of time.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR, DC Bar #498610
>United States Attorney
>
>RUDOLPH CONTRERAS, DC Bar #434122
>Assistant United States Attorney
>        /s/
>FRED E. HAYNES, DC Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., E-4110
>Washington, D.C. 20530

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
           Plaintiff,         )
                              )
      v.                      )  Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
           Defendant.         )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion by plaintiff/counterclaim defendant, the United States Postal Service, for an extension of time for the parties to file their motions for summary judgment, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the parties have to, and including, April 23, 2007, to file their cross-motions for summary judgment.

                                            UNITED STATES DISTRICT JUDGE

Copies to counsel of record