```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
          Plaintiff and       )
          Counterclaim        )
          Defendant,          )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
          Defendant and       )
          Counterclaim        )
          Plaintiff.          )
_____)
```

CONSENT MOTION FOR FURTHER EXTENSION OF TIME FOR
THE PARTIES' TO FILE SUMMARY JUDGMENT MOTIONS

Pursuant to Federal Rule of Civil Procedure 6(b)(1), plaintiff/counterclaim defendant, the United States Postal Service ("Postal Service"), moves for a further two-week extension of time, to May 7, 2007, for the parties to file their summary judgment motions. Defendant/counterclaim plaintiff has consented to this motion.

The agency attorney assisting undersigned counsel (Fred E. Haynes) on this case has been unable to complete her work on the matter in time for the Postal Service to meet the April 23 filing deadline. She is today having to address a family medical issue, and she will be out of the office most of next week due to a litigation matter in New Orleans. Undersigned counsel has also not been able to work on the matter, due to other litigation matters (including the filing of two dispositive motions this

week, one a summary judgment motion in a Freedom of Information Act case and one a motion for judgment of affirmance in a social security case).  Given the uncertainties as to agency counsel's availability to work on the matter, the additional time is needed.

    Attached is a draft order reflecting the requested extension of time.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney
                                       /s/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., E-4110
                              Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES POSTAL SERVICE,  )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 06-793 RJL
                               )
AMERICAN POSTAL WORKERS        )
UNION, AFL-CIO,                )
                               )
          Defendant.           )
                               )
```

<u>ORDER</u>

UPON CONSIDERATION of the consent motion by plaintiff/counterclaim defendant, the United States Postal Service, for an extension of time for the parties to file their motions for summary judgment, and the entire record in this case, it is this \_\_\_\_\_ day of _____, 2007,

ORDERED that the parties have to, and including, May 7, 2007, to file their cross-motions for summary judgment.

                                        UNITED STATES DISTRICT JUDGE

Copies to counsel of record