UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES POSTAL SERVICE,<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO<br>1300 L Street, N.W.<br>Washington, D.C. 20005,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 06cv793 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

Darryl J. Anderson of O'Donnell, Schwartz & Anderson, P.C. hereby enters his appearance as counsel for the defendant American Postal Workers Union, AFL-CIO in the above captioned cause of action. Undersigned counsel respectfully requests that he be served with all future pleadings through the Court's electronic case filing system.

                                        Respectfully submitted,

                                        O'DONNELL, SCHWARTZ & ANDERSON, P.C.

Date:  April 23, 2007          By:    /s/: Darryl J. Anderson
                                        Darryl J. Anderson (DC Bar No. 154567)
                                        danderson@odsalaw.com
                                        1300 L Street, N.W., Suite 1200
                                        Washington, D.C. 20005
                                        (202) 898-1707/ fax: (202) 682-9276

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe was sent by the Court's Electronic Case Filing System, this 23rd day of April, 2007, to:

>Fred Elmore Haynes
>Assistant U.S. Attorney
>Office of the United States Attorney for the
>District of Columbia
>555 Fourth St., N.W., Rm. E-4110
>Washington, D.C. 20530
>fred.haynes@usdoj.gov
>
>Keith V. Morgan
>Assistant U.S. Attorney
>Office of the United States Attorney for the
>District of Columbia
>555 Fourth St., N.W.
>Washington, D.C. 20530
>keith.morgan@usdoj.gov

          /s/: Darryl J. Anderson
          Darryl J. Anderson