```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
           Plaintiff and      )
           Counterclaim       )
           Defendant,         )
                              )
      v.                      ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
           Defendant and      )
           Counterclaim       )
           Plaintiff.         )
_____)
```

### CONSENT MOTION FOR FURTHER TWO-DAY EXTENSION OF TIME FOR THE PARTIES' TO FILE SUMMARY JUDGMENT MOTIONS

Pursuant to Federal Rule of Civil Procedure 6(b)(1), plaintiff/counterclaim defendant, the United States Postal Service ("Postal Service"), moves for a further two-day extension of time, to May 9, 2007, for the parties to file their summary judgment motions. Defendant/counterclaim plaintiff has consented to this motion.

The agency attorney assisting undersigned counsel (Fred E. Haynes) is providing her work on this matter to undersigned counsel this afternoon. Undersigned counsel is also filing a renewed motion for summary judgment this evening in a FOIA case, whether the time for filing the renewed motion has been extended multiple times. Consequently, the additional time is needed to finalize the dispositive motion in this case.

Attached is a draft order reflecting the requested extension of time.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney
                                      /s/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., E-4110
                              Washington, D.C. 20530

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
          Defendant.          )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion by plaintiff/counterclaim defendant, the United States Postal Service, for a further extension of time for the parties to file their motions for summary judgment, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the parties have to, and including, May 9, 2007, to file their cross-motions for summary judgment.

                                                    UNITED STATES DISTRICT JUDGE

Copies to counsel of record