UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION )<br>)<br>Plaintiff and )<br>Counterclaim Defendant, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE )<br>)<br>Defendant and )<br>Counterclaim Plaintiff )<br>) | Civil Action No. 06-793 RJL |

### SECOND DECLARATION OF GREG BELL

I, Greg Bell, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1.    I am the Director of Industrial Relations for the American Postal Workers Union, AFL-CIO ("APWU" or "Union"). I have held this position since November, 1995. As Director of Industrial Relations, I am responsible for the department of the APWU that houses the Union's official files and records from arbitration cases. Copies of two documents from those official files are Exhibits 1 and 2 to this Declaration.

2.    Exhibit 1 to this Declaration is a copy of the United States Postal Service's Post-Hearing Brief filed in Case No. Q-98C-4A-C 99251456, Arbitrator Das's Award in the same case is Exhibit 3 to my first Declaration filed in this case.

3.    Exhibit 2 to this Declaration is a copy of the National-level Award by

ATTACHMENT A

Arbitrator Mittenthal in Case No. H7T-3W-C 12454, et al. This Award is a final binding interpretation of the National Agreement that is binding on the parties on a nationwide basis.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 24, 2007.

_____
Greg Bell