UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE )<br>)<br>    Plaintiff and )<br>    Counterclaim Defendant, )<br>)<br>    V. )<br>)<br>AMERICAN POSTAL WORKERS UNION )<br>    AFL-CIO )<br>)<br>    Defendant and )<br>    Counterclaim Plaintiff )<br>) | Civil Action No. 06-793 RJL |

**ORDER**

UPON CONSIDERATION of the Motions for Summary Judgment filed by the parties in the above-captioned matter, the Oppositions to those Motions, and the entire record in this matter, it shall be, and it hereby is,

ORDERED that the Motion for Summary Judgment filed by the American Postal Workers Union, AFL-CIO is HEREBY GRANTED; and it is further

ORDERED that the Motion for Summary Judgment filed by the United States Postal Service is HEREBY DENIED; and it is further

ORDERED, that Plaintiff and Cross-Defendant United States Postal Service must comply with the January 28, 2006, arbitration award by Arbitrator Lawrence R. Loeb in Case No. C94C-4C-D 98076813.

Date:_____

**ATTACHMENT   B**

_____RICHARD J. LEON
                                   DISTRICT JUDGE