UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
          Plaintiff and       )
          Counterclaim        )
          Defendant,          )
                              )
     v.                       ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
          Defendant and       )
          Counterclaim        )
          Plaintiff.          )
_____)

MOTION FOR ONE-DAY EXTENSION OF TIME TO
RESPOND TO THE AMERICAN POSTAL WORKERS UNION'S
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

        Pursuant to Federal Rule of Civil Procedure 6(b)(1), plain-
tiff/counterclaim defendant, the United States Postal Service,
moves for a one-day extension of time to respond to the American
Postal Workers Union's statement of material facts not in
dispute.  In finalizing the Postal Service's opposition to the
Union's motion for summary judgment, undersigned counsel (Fred E.
Haynes) primarily responsible for this case for plaintiff noted
that the Postal Service needed to respond to the Union's
statement of material facts not in dispute.  Due to the late hour
when this was recognized, undersigned counsel was not able to
reach the agency counsel working on the case to obtain her input
to the response.  The additional day is, therefore, needed to
obtain her input and respond to the statement of material facts.

Undersigned counsel attempted to contact the Union's counsel to obtain his position on this motion, but the late hour at which the telephone call was made prevented reaching him.  Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
            /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE, )
                              )
              Plaintiff,      )
                              )
       v.                     ) Civil Action No. 06-793 RJL
                              )
AMERICAN POSTAL WORKERS       )
UNION, AFL-CIO,               )
                              )
              Defendant.      )
_____)

<u>ORDER</u>

UPON CONSIDERATION of the motion by plaintiff/counterclaim defendant, the United States Postal Service ("Postal Service"), for an extension of time of one day for it to respond to the statement of material facts not in dispute filed by the American Postal Workers Union ("Union"), and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the Postal Service shall have to, and including, May 25, 2007, to respond to the Union's Statement of Material Facts Not in Disoute.

                    UNITED STATES DISTRICT JUDGE
Copies to counsel of record