```
            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE,  )
                               )
         Plaintiff and         )
         Counterclaim          )
         Defendant,            )
                               )
    v.                         )  Civil Action No. 06-793 RJL
                               )
AMERICAN POSTAL WORKERS        )
UNION, AFL-CIO,                )
                               )
         Defendant and         )
         Counterclaim          )
         Plaintiff.            )
_____)
```

### CONSENT MOTION FOR BRIEF EXTENSION OF TIME FOR THE PARTIES TO FILE THEIR REPLY MEMORANDA IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), plaintiff/counterclaim defendant, the United States Postal Service, moves for an extension of time to this Thursday, June 7, 2007, for the parties to file their reply memoranda in support of their motions for summary judgment.  Plaintiff's counsel has consented to this motion.

Undersigned counsel (Fred E. Haynes) has been tasked with the responsibility of preparing the draft of the reply memorandum.  He had anticipated finishing that preparation by last Friday, but intervening case responsibilities prevented that and family obligations prevented the preparation of the reply over the weekend.  Additionally, the agency counsel assisting undersigned counsel in this matter has had to divert her attention to a summary judgment motion in another litigation and

so the additional time is needed for undersigned counsel to complete the reply and have it reviewed by the agency counsel as well as by supervisors in this office.

Attached is a draft order reflecting the requested extension of time.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
          /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN POSTAL WORKERS ) <br> UNION, AFL-CIO, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-793 RJL |

ORDER

UPON CONSIDERATION of the consent motion by plaintiff/counterclaim defendant, the United States Postal Service ("Postal Service"), for the parties to have to, and including, June 7, 2007, to file their reply memoranda in support of their motions for summary judgment, it is this ____ of _____, 2007,

ORDERED that the parties shall have to, and including, June 7, 2007, to file their reply memoranda in support of their motions for summary judgment.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record