```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

UNITED STATES POSTAL SERVICE,  )
                               )
         Plaintiff and         )
         Counterclaim          )
         Defendant,            )
                               )
     v.                        )  Civil Action No. 06-793 RJL
                               )
AMERICAN POSTAL WORKERS        )
UNION, AFL-CIO,                )
                               )
         Defendant and         )
         Counterclaim          )
         Plaintiff.            )
                               )
```

ERRATA TO THE POSTAL SERVICE'S REPLY TO
THE UNION'S OPPOSITION TO THE POSTAL
<u>SERVICE'S MOTION FOR SUMMARY JUDGMENT</u>

Counsel for the Union has pointed out to undersigned counsel an error in the Postal Service's reply memorandum responding to the Union's opposition to the Postal Service's motion for summary judgment.  The reply memorandum appears at docket entry 29.  Page 3 of that memorandum, in the body and in the footnote appearing on the page, contains the statements that Herman T. Cockrell was *the appointing official*.  There is no support in the record for the proposition that Mr. Cockrell was the appointing official, consequently, the italicized language should be deleted and not

considered by the Court. Additionally, on further inquiry, it is not clear whether Mr. Cockrell was in fact the appointing official.

                      Respectfully submitted,
                              /s/
                      FRED E. HAYNES, D.C. Bar #165654
                      Assistant United States Attorney
                      555 Fourth Street, N.W., E-4110
                      Washington, D.C.  20530
                      202. 514.7201