UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES POSTAL SERVICE, | ) |
| Plaintiff and Counterclaim Defendant, | ) Civil Case No. 06-0793 (RJL) |
| v. | ) |
| AMERICAN POSTAL WORKERS UNION AFL-CIO, | ) |
| Defendant and Counterclaim Plaintiff. | ) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 27th, day of February, 2008, it is hereby

**ORDERED**; that the Motion for Summary Judgment of the American Postal Workers Union, AFL-CIO (Dkt. #21) is DENIED; and it is further

**ORDERED** that United States Postal Service's Motion of Summary Judgment (Dkt. #22) is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the plaintiff.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge