UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States Postal Service
_____
             Plaintiff

vs.                                    Civil Action No. 06-0793 (RJL)

American Postal Workers Union, AFL-CIO
_____
             Defendant

## NOTICE OF APPEAL

Notice is hereby given this  6  day of  March , 20 08 , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  27  day of  February , 20 08

in favor of  United States Postal Service

against said  American Postal Workers Union, AFL-CIO

                                    Darryl J. Anderson
                                    _____
                                    Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

CLERK    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Fred Elmore Haynes
U.S. ATTORNEY'S OFFICE
555 4th Street, NW
Room E – 4110
Washington, DC 20530
(202) 514-7201
Fax: (202) 514-8780
Email: fred.haynes@usdoj.gov

Keith V. Morgan
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7228
Fax: (202) 514-8780
Email: keith.morgan@usdoj.gov

RECEIVED
MAR 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT